Jump to Docket Table

# U.S. District Court
## Eastern District of TEXAS [LIVE] (Marshall)
## CIVIL DOCKET FOR CASE #: 2:25−cv−00338−JRG−RSP

ElectraLED, Inc. v. LMPG Inc.
Assigned to: District Judge Rodney Gilstrap
Referred to: Magistrate Judge Roy S. Payne
Cause: 35:271 Patent Infringement

Date Filed: 04/04/2025
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**ElectraLED, Inc.**                          represented by    **Christopher A Honea**
                                                                Garteiser Honea PLLC
                                                                119 W Ferguson St
                                                                Tyler, TX 75702
                                                                903−705−7420
                                                                Fax: 903−405−3999
                                                                Email: chonea@ghiplaw.com
                                                                *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**LMPG Inc.**                                 represented by    **Howard J Susser**
                                                                ArentFox Schiff
                                                                800 Boylston Street
                                                                Ste 32nd Floor
                                                                Boston, MA 02199
                                                                617−973−6100
                                                                Fax: 617−367−2315
                                                                Email: howard.susser@afslaw.com
                                                                *LEAD ATTORNEY*
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Bruce Charles Morris**
                                                                Kane Russell Coleman & Logan PC Houston
                                                                5051 Westheimer Road
                                                                10th Floor
                                                                Houston, Tx 77056
                                                                713−425−7450
                                                                Fax: 713−425−7700
                                                                Email: bmorris@krcl.com
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Joseph M Maraia**
                                                                ArentFox Schiff LLP
                                                                800 Boylston Street
                                                                32nd Floor
                                                                Boston, MA 02199

617–973–6202
Email: joseph.maraia@afslaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Spinella**
ArentFoxSchiff LLP
1717 K St., NW
Washington, DC 20006
202–350–3691
Email: Kevin.Spinella@afslaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/04/2025 | Ï 1 | COMPLAINT against LMPG Inc. ( Filing fee $ 405 receipt number ATXEDC–10766781.), filed by ElectraLED, Inc.. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A – Claim Chart, # 3 Exhibit B – Claim Chart)(Honea, Christopher) (Entered: 04/04/2025) |
| 04/04/2025 | Ï 2 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 emailed to the Director of the U.S. Patent and Trademark Office. (Honea, Christopher) (Entered: 04/04/2025) |
| 04/07/2025 | Ï | District Judge Rodney Gilstrap and Magistrate Judge Roy S. Payne added. (KLC) (Entered: 04/07/2025) |
| 04/07/2025 | Ï | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non–jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (KLC) (Entered: 04/07/2025) |
| 04/17/2025 | Ï 3 | SUMMONS Issued as to LMPG Inc.. (ljw) (Entered: 04/17/2025) |
| 04/30/2025 | Ï 4 | SUMMONS Returned Executed by ElectraLED, Inc.. LMPG Inc. served on 4/18/2025. (Honea, Christopher) (Entered: 04/30/2025) |
| 05/01/2025 | Ï 5 | Unopposed Application for Extension of Time to Answer Complaint filed by LMPG Inc.. Summons originally served on April 18, 2025. Agreed new answer date is June 9, 2025.(Morris, Bruce) (Entered: 05/01/2025) |
| 05/02/2025 | Ï 6 | Unopposed Application for Extension of Time to Answer Complaint is granted. LMPG Inc. answer is now due 6/9/2025. (Text entry only, no document attached.)(mdj) (Entered: 05/02/2025) |
| 05/30/2025 | Ï 7 | Unopposed Application for Extension of Time to Answer Complaint filed by LMPG Inc.. Summons originally served on 04/18/2025. Agreed new answer date is 6/23/2025.(Morris, Bruce) (Entered: 05/30/2025) |
| 05/30/2025 | Ï 8 | Unopposed Application for Extension of Time to Answer Complaint is granted. LMPG Inc. answer is now due 6/23/2025. (Text entry only, no document attached.)(NKL) (Entered: 05/30/2025) |
| 06/23/2025 | Ï 9 | ANSWER to 1 Complaint by LMPG Inc..(Morris, Bruce) (Entered: 06/23/2025) |
| 06/23/2025 | Ï 10 | Fed. R. Civ. P. 7.1(a)(1) Disclosure Statement filed by LMPG Inc. identifying Corporate Parent Power Corporation for LMPG Inc.. (Morris, Bruce) (Entered: 06/23/2025) |

| 06/23/2025 | 11 | **WITHDRAWN PER ORDER 17**<br><br>MOTION to Transfer Venue Under 28 U.S.C. 1404(a) by LMPG Inc.. (Attachments: # 1 Declaration of Ken Bruns, # 2 Declaration of Bruce Morris, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Proposed Order)(Morris, Bruce) Modified on 7/7/2025 (NKL). (Entered: 06/23/2025) |
| --- | --- | --- |
| 06/25/2025 | 12 | ORDER – Scheduling/Case Management Conference set for 7/16/2025 at 09:30 AM before District Judge Rodney Gilstrap. Signed by Magistrate Judge Roy S. Payne on 6/24/2025. (NKL) (Entered: 06/25/2025) |
| 07/02/2025 | 13 | NOTICE of Attorney Appearance – Pro Hac Vice by Howard J Susser on behalf of LMPG Inc.. Filing fee $ 100, receipt number ATXEDC–10936040. (Susser, Howard) (Entered: 07/02/2025) |
| 07/02/2025 | 14 | NOTICE of Attorney Appearance – Pro Hac Vice by Kevin Spinella on behalf of LMPG Inc.. Filing fee $ 100, receipt number ATXEDC–10936229. (Spinella, Kevin) (Additional attachment(s) added on 7/2/2025: # 1 Sealed Attachment) (NKL). (Entered: 07/02/2025) |
| 07/02/2025 | 15 | UNOPPOSED MOTION to Withdraw 11 MOTION to Transfer Venue Under 28 U.S.C. 1404(a) by LMPG Inc.. (Attachments: # 1 Proposed Order)(Morris, Bruce) (Entered: 07/02/2025) |
| 07/02/2025 | 16 | MOTION to Transfer Venue Under 28 U.S.C. Section 1404(a) by LMPG Inc.. (Attachments: # 1 Declaration of Ken Bruns, # 2 Declaration of Bruce Morris, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Proposed Order)(Morris, Bruce) (Entered: 07/02/2025) |
| 07/07/2025 | 17 | ORDER granting 15 Motion to Withdraw 11 MOTION to Transfer Venue Under 28 U.S.C. 1404(a) . Signed by Magistrate Judge Roy S. Payne on 7/3/2025. (NKL) (Entered: 07/07/2025) |
| 07/15/2025 | 18 | OPPOSED MOTION for Discovery *; PLAINTIFFS OPPOSED MOTION FOR LEAVE TO CONDUCT EXPEDITED VENUE DISCOVERY AND EXTENSION OF TIME TO RESPOND TO MOTION TO TRANSFER* by ElectraLED, Inc.. (Attachments: # 1 Proposed Order)(Honea, Christopher) (Entered: 07/15/2025) |
| 07/16/2025 | 19 | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Scheduling Conference/Case Management Conference held on 7/16/2025 from 09:34 AM – 10:44 AM. Counsel for the parties appeared. Court: (1) asked whether the parties consented to trial before the U.S. Magistrate Judge; and (2) provided Claim Construction and Jury Selection/Trial dates. (Court Reporter – Shawn McRoberts) (Text entry only; no document attached) (aeb) (Entered: 07/16/2025) |
| 07/29/2025 | 20 | RESPONSE re 18 OPPOSED MOTION for Discovery *; PLAINTIFFS OPPOSED MOTION FOR LEAVE TO CONDUCT EXPEDITED VENUE DISCOVERY AND EXTENSION OF TIME TO RESPOND TO MOTION TO TRANSFER filed by LMPG Inc..* (Attachments: # 1 Proposed Order)(Morris, Bruce) (Entered: 07/29/2025) |
| 07/30/2025 | 21 | UNOPPOSED MOTION FOR ENTRY OF JOINT PROPOSED DISCOVERY ORDER by ElectraLED, Inc.. (Attachments: # 1 JOINT PROPOSED DISCOVERY ORDER)(Honea, Christopher) (Entered: 07/30/2025) |
| 08/04/2025 | 22 | DOCKET CONTROL ORDER – Pretrial Conference set for 11/2/2026 at 09:00 AM before Magistrate Judge Roy S. Payne. Jury Selection set for 12/7/2026 at 09:00AM before District Judge Rodney Gilstrap. Markman Hearing set for 6/8/2026 at 09:00 AM before Magistrate Judge Roy S. Payne.. Signed by Magistrate Judge Roy S. Payne on 8/3/2025. (NKL) (Entered: 08/04/2025) |
| 08/04/2025 | 23 | ORDER granting 18 MOTION FOR LEAVE TO CONDUCT EXPEDITED VENUE DISCOVERY AND EXTENSION OF TIME TO RESPOND TO MOTION TO TRANSFER. Signed by Magistrate Judge Roy S. Payne on 8/3/2025. (NKL) (Entered: 08/04/2025) |

| 08/04/2025 | 24 | DISCOVERY ORDER re 21 MOTION FOR ENTRY OF JOINT PROPOSED DISCOVERY ORDER. Signed by Magistrate Judge Roy S. Payne on 8/3/2025. (NKL) (Entered: 08/04/2025) |
|---|---|---|
| 08/06/2025 | 25 | NOTICE OF COMPLIANCE by LMPG Inc. *regarding Service of Initial and Additional Disclosures* (Susser, Howard) (Entered: 08/06/2025) |
| 08/06/2025 | 26 | UNOPPOSED MOTION FOR ENTRY OF JOINT PROPOSED PROTECTIVE ORDER by ElectraLED, Inc.. (Attachments: # 1 Joint Proposed Protective Order)(Honea, Christopher) (Entered: 08/06/2025) |
| 08/08/2025 | 27 | PROTECTIVE ORDER (Motion(s) 26 terminated). Signed by Magistrate Judge Roy S. Payne on 8/7/2025. (NKL) (Entered: 08/08/2025) |
| 08/27/2025 | 28 | NOTICE OF COMPLIANCE by LMPG Inc. *Regarding 3.3 and 3.4 Disclosures* (Susser, Howard) (Entered: 08/27/2025) |
| 10/15/2025 | 29 | NOTICE *OF DECISION DENYING INSTITUTION OF INTER PARTES REVIEW* by ElectraLED, Inc. (Honea, Christopher) (Entered: 10/15/2025) |
| 10/15/2025 | 30 | **FILED IN ERROR** <br><br> Additional Attachments to Main Document: 29 Notice (Other). *Exhibit A – Decision*. (Honea, Christopher) Modified on 10/16/2025 (NKL). (Entered: 10/15/2025) |
| 10/16/2025 | 31 | Additional Attachments to Main Document: 29 Notice (Other). . (Attachments: # 1 Exhibit A – Decision)(Honea, Christopher) (Entered: 10/16/2025) |
| 11/12/2025 | 32 | UNOPPOSED MOTION for Extension of Time to File Response/Reply as to 16 MOTION to Transfer Venue Under 28 U.S.C. Section 1404(a) by ElectraLED, Inc.. (Attachments: # 1 Proposed Order)(Honea, Christopher) (Entered: 11/12/2025) |
| 11/17/2025 | 33 | ORDER granting 32 Motion for Extension of Time to File Response/Reply re 16 MOTION to Transfer Venue Under 28 U.S.C. Section 1404(a) Responses due by 12/3/2025. Signed by Magistrate Judge Roy S. Payne on 11/14/2025. (KLC) (Entered: 11/17/2025) |
| 12/03/2025 | 34 | RESPONSE in Opposition re 16 MOTION to Transfer Venue Under 28 U.S.C. Section 1404(a) *filed by ElectraLED, Inc..* (Attachments: # 1 Proposed Order, # 2 Exhibit A – deposition transcript, # 3 Exhibit B – depo exhibit, # 4 Exhibit C – depo exhibit, # 5 Exhibit D – depo exhibit, # 6 Exhibit E – map, # 7 Exhibit F – map, # 8 Exhibit G – depo exhibit, # 9 Exhibit H – map, # 10 Exhibit I – map, # 11 Exhibit J – Initial Disclosures, # 12 Exhibit K – docketnavigator report, # 13 Exhibit L – docketnavigator report, # 14 Exhibit M – website)(Honea, Christopher) (Entered: 12/03/2025) |
| 12/16/2025 | 35 | RESPONSE in Support re 16 MOTION to Transfer Venue Under 28 U.S.C. Section 1404(a) *filed by LMPG Inc..* (Morris, Bruce) (Entered: 12/16/2025) |
| 12/18/2025 | 36 | UNOPPOSED MOTION for Extension of Time to File Response/Reply as to 35 Response in Support of Motion *16 to Transfer Venue,* by ElectraLED, Inc.. (Attachments: # 1 Proposed Order)(Honea, Christopher) (Entered: 12/18/2025) |
| 12/18/2025 | 37 | NOTICE OF COMPLIANCE by LMPG Inc. – *Defendant's Notice of Compliance Regarding P.R. 3–3 and 3–4 Disclosures* (Morris, Bruce) (Entered: 12/18/2025) |
| 12/19/2025 | 38 | ORDER granting 36 Motion for Extension of Time to File. Signed by Magistrate Judge Roy S. Payne on 12/19/2025. (mdj) Modified on 12/19/2025 (mdj). (Entered: 12/19/2025) |
| 01/05/2026 | 39 | MOTION to Compel – *Defendant LMPG Inc.'s Motion to Compel* by LMPG Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Morris, Bruce) (Additional attachment(s) added on 1/6/2026: # 3 |

| | | Proposed Order) (NKL). (Entered: 01/05/2026) |
|---|---|---|
| 01/09/2026 | 40 | SUR–REPLY to Reply to Response re 16 MOTION to Transfer Venue Under 28 U.S.C. Section 1404(a) *filed by ElectraLED, Inc.*. (Honea, Christopher) (Entered: 01/09/2026) |
| 01/16/2026 | 41 | NOTICE of Attorney Appearance – Pro Hac Vice by Joseph M Maraia on behalf of LMPG Inc.. Filing fee $ 100, receipt number ATXEDC–11315669. (Maraia, Joseph) (Entered: 01/16/2026) |
| 01/20/2026 | 42 | UNOPPOSED MOTION for Extension of Time to File Response/Reply as to 39 MOTION to Compel – *Defendant LMPG Inc.'s Motion to Compel* by ElectraLED, Inc.. (Attachments: # 1 Proposed Order)(Honea, Christopher) (Entered: 01/20/2026) |
| 01/23/2026 | 43 | ORDER granting 42 Motion for Extension of Time to File Response/Reply re 39 MOTION to Compel – *Defendant LMPG Inc.'s Motion to Compel* Responses due by 1/23/2026. Signed by Magistrate Judge Roy S. Payne on 1/22/2026. (NKL) (Entered: 01/23/2026) |
| 01/23/2026 | 44 | SECOND MOTION for Extension of Time to File Response/Reply as to 39 MOTION to Compel – *Defendant LMPG Inc.'s Motion to Compel* by ElectraLED, Inc.. (Attachments: # 1 Proposed Order)(Honea, Christopher) (Entered: 01/23/2026) |
| 01/26/2026 | 45 | ORDER granting 44 Motion for Extension of Time to File Response/Reply re 39 MOTION to Compel – *Defendant LMPG Inc.'s Motion to Compel* Responses due by 1/28/2026. Signed by Magistrate Judge Roy S. Payne on 1/26/2026. (NKL) (Entered: 01/26/2026) |
| 01/28/2026 | 46 | RESPONSE in Opposition re 39 MOTION to Compel – *Defendant LMPG Inc.'s Motion to Compel filed by ElectraLED, Inc.*. (Attachments: # 1 Exhibit 1 – email, # 2 Proposed Order)(Honea, Christopher) (Entered: 01/28/2026) |
| 02/06/2026 | 47 | JOINT STATUS REPORT – *Joint Report Regarding Meet and Confer in Connection with LMPG Inc.'s Motion to Compel Discovery Responses* by LMPG Inc.. (Morris, Bruce) (Entered: 02/06/2026) |
| 02/12/2026 | 48 | NOTICE OF COMPLIANCE by LMPG Inc. – *Defendant's Notice of Compliance Regarding P.R. 3–3 and 3–4 Disclosures* (Morris, Bruce) (Entered: 02/12/2026) |
| 02/26/2026 | 49 | NOTICE – *Defendant's Notice of Completed Briefing and Ripeness Regarding Its Motion to Transfer Pursuant to 28 U.S.C. § 1404(a)* by LMPG Inc. re 16 MOTION to Transfer Venue Under 28 U.S.C. Section 1404(a) (Morris, Bruce) (Entered: 02/26/2026) |
| 02/27/2026 | 50 | UNOPPOSED MOTION to Appoint Counsel – *Defendant LMPG Inc.'s Unopposed Motion to Designate Howard J. Susser as Lead Counsel* by LMPG Inc.. (Attachments: # 1 Proposed Order)(Morris, Bruce) (Entered: 02/27/2026) |
| 03/03/2026 | 51 | ORDER granting 50 Motion to Designate Howard J. Susser as Lead Counsel. Signed by Magistrate Judge Roy S. Payne on 3/2/2026. (NKL) (Entered: 03/03/2026) |
| 03/06/2026 | 52 | UNOPPOSED MOTION to Amend/Correct – *Defendant's Unopposed Motion for Leave to Amend Its Invalidity Contentions* by LMPG Inc.. (Attachments: # 1 Exhibit 1, # 2 Proposed Order)(Morris, Bruce) (Entered: 03/06/2026) |
| 03/09/2026 | 53 | ORDER granting 52 Motion for Leave to Supplement Invalidity Contentions. Signed by Magistrate Judge Roy S. Payne on 3/7/2026. (NKL) (Entered: 03/09/2026) |
| 03/13/2026 | 54 | Joint Claim Construction and Prehearing Statement by ElectraLED, Inc.. (Honea, Christopher) (Entered: 03/13/2026) |
| 03/18/2026 | 55 | NOTICE – *Defendant LMPG Inc.'s Notice of Completed Briefing and Ripeness Regarding Its Motion to Compel* by LMPG Inc. re 39 MOTION to Compel – *Defendant LMPG Inc.'s Motion to* |

| | | |
|---|---|---|
| | | *Compel* (Attachments: # <u>1</u> Exhibit A)(Morris, Bruce) (Entered: 03/18/2026) |
| 03/19/2026 | <u>56</u> | NOTICE – *Amended Joint Report Regarding Meet and Confer in Connection with LMPG Inc.'s Motion to Compel Discovery Responses and Withdrawal of Notice of Completed Briefing (Dkt. 55)* by LMPG Inc. re <u>55</u> Notice (Other), (Morris, Bruce) (Entered: 03/19/2026) |
| 03/31/2026 | <u>57</u> | MEMORANDUM ORDER re <u>16</u> MOTION to Transfer Venue Under 28 U.S.C. Section 1404(a) filed by LMPG Inc.. (Motion(s) <u>16</u> terminated). Signed by Magistrate Judge Roy S. Payne on 3/31/2026. (NKL) (Entered: 03/31/2026) |